RICHARD TROTTER v. COUNTY OF MONMOUTH.

November 30, 1976. Petition for certification denied. (See 144 *N. J. Super.* 430)

NICHOLAS NICOLETTA v. NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION OF THE STATE OF NEW JERSEY.

November 30, 1976. Petition for certification granted.

D'ALESSANDRO DEVELOPMENT ENTERPRISES, INC. v. WILLIAM S. LOEB.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v.
THE TOWNSHIP OF SOUTH HACKENSACK.

November 30, 1976. Petition for certification denied.

FRANCIS S. MORAN v. STERLING SHOE SHOP.

November 30, 1976. Petition for certification denied.